```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
MARINA SHRON, on behalf of herself and
similarly-situated others,

                      Plaintiff,

-against-

LENDINGCLUB CORPORATION,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2020

19 Civ. 6718 (AT)

**AMENDED ORDER**

ANALISA TORRES, District Judge:

       The Court's September 29, 2020 Order, ECF No. 31, is AMENDED as follows: By **October 29, 2020**, the parties shall email their settlement agreement to the Court for the purpose of an *in camera* review, and file any motion to vacate on the docket.

       SO ORDERED.

Dated: October 14, 2020
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge