UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARINA SHRON, on behalf of herself and similarly-situated others,

                Plaintiff,

-against-

LENDINGCLUB CORPORATION,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/16/2020_

19 Civ. 6718 (AT)

**AMENDED ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for November 17, 2020, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: November 16, 2020
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge