UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARINA SHRON, on behalf of herself and similarly-situated others,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LENDINGCLUB CORPORATION,<br><br>　　　　　Defendant. | Docket No. 1:19-cv-06718-AT<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant LendingClub Corporation pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: December 18, 2020

_/s/ Gregory Allen_
Gregory J. Allen
Law Office of Gregory Allen
60 Joyce Court
Milford, CT 06461
Telephone: 203-535-4636
Email: greg@gjallenlaw.com

Attorney for Plaintiff Marina Shron

_/s/_
Raymond A. Garcia
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
Telephone: 212-806-5485
Email: rgarcia@stroock.com

Attorneys for Defendant LendingClub Corporation